IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUIS ALONSO SOLANO-CRUZ, | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:11-CV-851-WKW |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## **ORDER**

On February 26, 2014, the Magistrate Judge entered a Recommendation (Doc. # 11) that petitioner's motion to vacate be denied. No timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation (Doc. # 11) is ADOPTED;

2. The motion to vacate (Doc. # 1) is DENIED; and

3. This case is DISMISSED.

A separate final judgment will be entered.

DONE this 21st day of March, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE